UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-80644-CV-DIMITROULEAS

JAMES MEARS,

    Plaintiff,

vs.

GUN CLUB SHOPPING CENTER, LLC and
GUN CLUB SUBSIDIARY, LLC

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, JAMES MEARS and Defendants GUN CLUB SHOPPING CENTER, LLC and GUN CLUB SUBSIDIARY, LLC, by and through undersigned counsel, hereby notify the Court that the parties are in the process of executing the Settlement Agreement and request fourteen (14) days to finalize the settlement and file for dismissal of this matter. The Parties request that the Court stay all matters and pending deadlines in this Action and grant the Parties fourteen (14) days to finalize their written settlement agreement and to submit the appropriate notices and/or motions to the Court regarding dismissal of the Action.

Respectfully submitted this 7th day of July 2016.

    /s/ Douglas S. Schapiro
    Douglas S. Schapiro, Esq.
    Fla. Bar # 54538
    Schapiro Law Group, P.L.
    Attorneys for Plaintiff
    21301 Powerline Road, Suite 106
    Boca Raton, FL 33433
    Tel: 561-807-7388
    Fax: 561-807-7198
    Schapiro@schapirolawgroup.com

**CASE NO.: 16-80644-CV-DIMITROULEAS**

          s/ Glenn Laurence Widom, Esq.
          Glenn Laurence Widom, Esq.
          Fla. Bar # 24775
          gwidom@gwidomlaw.com
          Attorneys for Defendant
          GLENN LAURENCE WIDOM, P.A.
          696 NE 125th St
          North Miami, FL 33161-5546
          Phone 305-663-8770
          Fax 786-206-3820

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY, a true and correct copy of the above and foregoing has been filed electronically the Clerk of the Court using CM/ECF/system on this 7th day of July 2016.

          s/ Glenn Laurence Widom, Esq.
          Glenn Laurence Widom, Esq.
          Fla. Bar # 24775
          gwidom@gwidomlaw.com
          Attorneys for Defendant
          GLENN LAURENCE WIDOM, P.A.
          696 NE 125th St
          North Miami, FL 33161-5546
          Phone 305-663-8770
          Fax 786-206-3820