UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-80644-CV-DIMITROULEAS

JAMES MEARS,

    Plaintiff,

vs.

GUN CLUB SHOPPING CENTER, LLC and
GUN CLUB SUBSIDIARY, LLC

    Defendants.

_____/

## ORDER APPROVING CONSENT DECREE AND DISMISSAL OF DEFENDANTS WITH PREJUDICE

THIS CAUSE is before the Court on the Parties' Joint Stipulation to Approve Consent Decree and Dismiss Defendants with Prejudice [DE 13]. The Court has carefully considered the Joint Stipulation and the Consent Decree attached therto, and is otherwise fully advised in this matter.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation to Approve Consent Decree and Dismiss Defendant with Prejudice is hereby **GRANTED**.

2. The Court hereby **APPROVES** the Consent Decree;

3. The above-styled action is hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

4. The Court Retains jurisdiction to enforce the Consent Decree.

5. All pending motions are hereby denied as moot.

1

6. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of July, 2016.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record